Barry Himmelstein (SBN 157736)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone: (510) 450-0782
Facsimile: (510) 924-0403

Counsel for Plaintiff-Relator
Judy Jones

FILED
JUN 14 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex. rel.* Judy Jones, an individual,<br><br>Plaintiffs,<br>v.<br><br>SUTTER HEALTH, a corporation; SUTTER BAY MEDICAL FOUNDATION, a corporation; PALO ALTO MEDICAL FOUNDATION, a corporation, PALO ALTO FOUNDATION MEDICAL GROUP, INC., a corporation; ROY HONG, M.D., aka ROY W. HONG, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 18-CV-02067-LHK<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**<br><br>**MOTION FOR ORDER PERMITTING WITHDRAWAL**<br><br>[Civ. L.R. 11-5]<br><br>Date:  October 3, 2019<br>Time:  1:30 p.m.<br>Judge:  Hon. Lucy H. Koh<br>Courtroom:  8 |

1

Case No. 18-CV-02067-LHK
MOTION FOR ORDER PERMITTING WITHDRAWAL

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 3, 2019 at 1:30 p.m. in Courtroom 8 of the above-captioned Court, located at 280 South 1st Street, 4th Floor, San Jose, CA 95114, pursuant to Civil Local Rule 11-5, the undersigned counsel of record ("Counsel") for Plaintiff-Relator Judy Jones ("Plaintiff-Relator") will and hereby does move the Court for an order permitting Counsel's withdrawal from this action on the ground that he has been discharged as counsel by Plaintiff-Relator.

Respectfully submitted,

Dated:  June 13, 2019

_____
Barry Himmelstein (SBN 157736)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone:  (510) 450-0782
Facsimile:  (510) 924-0403

*Counsel for Plaintiff-Relator
Judy Jones*

2

Case No. 18-CV-02067-LHK
MOTION FOR ORDER PERMITTING WITHDRAWAL

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff-Relator commenced this action in *pro se* on April 4, 2018. Counsel filed his Notice of Appearance on May 24, 2018. The operative, First Amended Complaint was filed on October 19, 2018.

On December 11, 2018, the Court entered its Order Granting Stipulation for Enlargement of Time to Elect or Decline Intervention; Continuing Case Management Conference; Staying Case (Dkt. No. 18), providing that "[t]he United States and the State of California shall have up to and including June 10, 2019 to inform the Court of their decisions on whether to intervene in this action," and continuing the initial case management conference to June 19, 2019 at 2:00 p.m.

As of the execution of this filing, this case remains under seal, and Counsel has not received any such notifications filed by the United States or the State of California. Accordingly, neither the Complaint nor the First Amended Complaint have been served on any defendant.

Rule 1.16 of the California Rules of Professional Conduct expressly provides that "a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if . . . the client discharges the lawyer." Cal. Rule Prof. Cond. 1.16(a)(4) (eff. Nov. 1, 2018). Counsel has been discharged by Plaintiff-Relator. Declaration of Barry Himmelstein ¶ 2. Accordingly, Counsel is obliged to "withdraw from the representation of" Plaintiff-Relator. Cal. Rule Prof. Cond. 1.16(a)(4).

Pursuant to Civil Local Rule 11-5(a), "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." *Id*. Accordingly, this motion is being served on Plaintiff-Relator by Federal Express at the address on file with the Court, as well as on counsel for the United States and the State of California. *See* Certificate of Service.

Plaintiff-Relator respectfully requests up to 60 days in which to retain new counsel, and that the Case Management Conference presently scheduled for June 19, 2019 be rescheduled to a later date.

Respectfully submitted,

Dated: June 13, 2019

Barry Himmelstein (SBN 157736)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone:  (510) 450-0782
Facsimile:  (510) 924-0403

*Counsel for Plaintiff-Relator
Judy Jones*

4

Case No. 18-CV-02067-LHK
MOTION FOR ORDER PERMITTING WITHDRAWAL

## DECLARATION OF BARRY HIMMELSTEIN

I, BARRY HIMMELSTEIN, declare and state:

1. I am a member in good standing of the bars of the State of California and this Court, and counsel of record for Plaintiff-Relator Judy Jones. I have personal knowledge of the facts set forth herein, and could and would testify competently thereto if called upon to do so.

2. I have been discharged by Plaintiff-Relator Judy Jones.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 13, 2019

_____
Barry Himmelstein

**CERTIFICATE OF SERVICE**

I, BARRY HIMMELSTEIN, hereby certify that I am I am over eighteen years of age and not a party to this action. My business address is: Himmelstein Law Network, 2000 Powell Street, Suite 1605, Emeryville, CA 94608-1861. I am readily familiar with the business practices of this office for collection and processing of correspondence for overnight delivery via Federal Express courier.

On June 13, 2019, I served the following document(s):

**MOTION FOR ORDER PERMITTING WITHDRAWAL;** and

**[PROPOSED] ORDER PERMITTING WITHDRAWAL**

on the person(s) below, by placing true and correct copies in sealed Federal Express envelope(s) addressed as follows:

Judy Jones
28241 Crown Valley Pkwy
Suite F228
Laguna Niguel, CA 92677

Kimberly Friday
Assistant United States Attorney
Deputy Chief, Civil Division
U.S. Attorney's Office, Northern District of California
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495

Elizabeth Voorhies
Office of the Attorney General
1455 Frazee Road, Suite 315
San Diego, CA 92108

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: June 13, 2019

Barry Himmelstein