Barry Himmelstein (SBN 157736)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone: (510) 450-0782
Facsimile: (510) 924-0403

*Counsel for Plaintiff-Relator*
*Judy Jones*

**FILED**

**JUN 14 2019**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex. rel.* Judy Jones, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUTTER HEALTH, a corporation; SUTTER BAY MEDICAL FOUNDATION, a corporation; PALO ALTO MEDICAL FOUNDATION, a corporation, PALO ALTO FOUNDATION MEDICAL GROUP, INC., a corporation; ROY HONG, M.D., aka ROY W. HONG, an individual; and DOES 1-10,<br><br>        Defendants. | Case No. 18-CV-02067-LHK<br><br>**FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**<br><br>**STATEMENT IN LIEU OF JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:**  June 19, 2019<br>**Time:**  2:00 p.m.<br>**Judge:**  Hon. Lucy H. Koh<br>**Courtroom:**  8 |

1

Plaintiff-Relator commenced this action in *pro se* on April 4, 2018.  Counsel filed his Notice of Appearance on May 24, 2018.  The operative, First Amended Complaint was filed on October 19, 2018.

On December 11, 2018, the Court entered its Order Granting Stipulation for Enlargement of Time to Elect or Decline Intervention; Continuing Case Management Conference; Staying Case (Dkt. No. 18), providing that "[t]he United States and the State of California shall have up to and including June 10, 2019 to inform the Court of their decisions on whether to intervene in this action," and continuing the initial case management conference to June 19, 2019 at 2:00 p.m.

On June 10, 2019, the United States served The Government's Notice of Election to Decline Intervention, which counsel for Plaintiff-Relator received on June 12, 2019.  Counsel for Plaintiff-Relator has not yet received notice of the State of California's decision.  As of the execution of this filing, this case remains under seal; neither the Complaint nor the First Amended Complaint have been served on any defendant; and counsel for Plaintiff-Relator has had no communication with counsel for any defendant, as the United States has only just concluded its investigation.

As set forth in the Motion for Order Permitting Withdrawal being filed contemporaneously, the undersigned counsel has been discharged by Plaintiff-Relator, and may not continue to represent her.  *See* Cal. Rule Prof. Cond. 1.16(a)(4) (eff. Nov. 1, 2018) ("a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if . . . the client discharges the lawyer").  Accordingly, counsel respectfully requests that the Court continue the initial case management conference to a later date.

2

1

2

3

Dated:  June 13, 2019

4

Respectfully submitted,

Barry Himmelstein (SBN 157736)
barry@himmellaw.com
HIMMELSTEIN LAW NETWORK
2000 Powell St., Suite 1605
Emeryville, CA 94608-1861
Telephone:  (510) 450-0782
Facsimile:  (510) 924-0403

*Counsel for Plaintiff-Relator*
*Judy Jones*

3

1

**CERTIFICATE OF SERVICE**

2       I, BARRY HIMMELSTEIN, hereby certify that I am I am over eighteen years of age and

3    not a party to this action.  My business address is:  Himmelstein Law Network, 2000 Powell

4    Street, Suite 1605, Emeryville, CA 94608-1861.  I am readily familiar with the business practices

5    of this office for collection and processing of correspondence for overnight delivery via Federal

6    Express courier.

7       On June 13, 2019, I served the following document(s):

8              **STATEMENT IN LIEU OF JOINT CASE MANAGEMENT
                CONFERENCE STATEMENT**

9
     on the person(s) below, by placing true and correct copies in sealed Federal Express envelope(s)
10
     addressed as follows:
11
                      Judy Jones
12                    28241 Crown Valley Pkwy
                      Suite F228
13                    Laguna Niguel, CA 92677

14                    Kimberly Friday
                      Assistant United States Attorney
15                    Deputy Chief, Civil Division
                      U.S. Attorney's Office, Northern District of California
16                    450 Golden Gate Avenue, Box 36055
                      San Francisco, CA 94102-3495
17
                      Elizabeth Voorhies
18                    Office of the Attorney General
                      1455 Frazee Road, Suite 315
19                    San Diego, CA 92108

20       I declare under penalty of perjury under the laws of the United States and the State of

21   California that the foregoing is true and correct.

22

23   Dated:  June 13, 2019                         Barry Himmelstein

24

25

26

27

28

                                                   4

Case No. 18-CV-02067-LHK
STATEMENT IN LIEU OF JOINT CMC STATEMENT