UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, et al.,<br><br>Defendants. | Case No. 18-CV-02067-LHK<br><br>**ORDER STRIKING REQUIREMENT THAT STATE OF CALIFORNIA ELECT OR DECLINE INTERVENTION ON JUNE 19, 2019**<br><br>Re: Dkt. No. 27 |

On June 14, 2019, the Court stated that the State of California ("State") had failed to elect or decline intervention by the June 10, 2019 deadline, and ordered the State to elect or decline intervention by June 19, 2019. ECF No. 27. However, the State filed under seal a declination of intervention on June 11, 2019, but directed the filing to the wrong judge, such that the Court was unaware of the State's filing. Accordingly, the Court STRIKES the portion of its prior order, ECF No. 27, requiring the State to elect or decline intervention by June 19, 2019.

**IT IS SO ORDERED.**

Dated: June 19, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 18-CV-02067-LHK
ORDER STRIKING REQUIREMENT THAT STATE OF CALIFORNIA ELECT OR DECLINE INTERVENTION ON JUNE 19, 2019