DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* JUDY JONES and STATE OF CALIFORNIA *ex rel.* JUDY JONES,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUTTER HEALTH, *et al.*,<br><br>    Defendants. | Case No. 18-cv-02067-LHK<br><br>**UNITED STATES' STATEMENT OF INTEREST; [PROPOSED] ORDER** |

    The United States has declined to intervene in this False Claims Act (FCA)[1] *qui tam* case, and is therefore not a party to this action. Nevertheless, the United States remains the real party in interest in the federal FCA claim, entitled to share in any recovery that may be obtained. 31 U.S.C. § 3730(d); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 720 (9th Cir. 1994). In addition, because the FCA is the United States' primary civil tool for prosecuting fraud against the government, the United States has a substantial interest in the development of the law in this area.

    Accordingly, with apologies for not bringing this to the Court's attention earlier, the United States respectfully points the Court to *United States ex rel. Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1126-28 (9th Cir. 2007), in which the Ninth Circuit held that a *pro se* relator cannot prosecute a *qui tam* action on behalf of the United States under the FCA. Thus, as this Court has

---

[1] 31 U.S.C. §§ 3729-33

U.S. STATEMENT OF INTEREST; [PROPOSED] ORDER
18-CV-2067-LHK

permitted Plaintiff-Relator Judy Jones' counsel to withdraw (ECF 35), the United States respectfully suggests that the Court set a deadline for Ms. Jones to obtain new counsel or have her claim under the federal FCA dismissed.

DATED: November 13, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*s/ Sara Winslow*
SARA WINSLOW
Assistant United States Attorney
Attorneys for the United States of America

### [PROPOSED] ORDER

In *United States ex rel. Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1126-28 (9th Cir. 2007), the Ninth Circuit held that a *pro se* relator cannot prosecute a *qui tam* action on behalf of the United States under the federal False Claims Act, 31 U.S.C. §§ 3729-33 (FCA). Accordingly, Plaintiff-Relator Judy Jones must obtain new counsel to represent her in this case by _____, or her claim under the FCA will be dismissed.

IT IS SO ORDERED.

Dated:

HONORABLE LUCY H. KOH
United States District Judge