LATHAM & WATKINS LLP
Katherine A. Lauer (Bar No. 138010)
*katherine.lauer@lw.com*
Jason M. Ohta (Bar No. 211107)
*jason.ohta@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Attorneys for Defendants Sutter Health, Sutter Bay Medical Foundation, and Palo Alto Medical Foundation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA., *ex rel.* Judy Jones, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, a corporation; SUTTER BAY MEDICAL FOUNDATION, a corporation; PALO ALTO MEDICAL FOUNDATION, a corporation, PALO ALTO FOUNDATION MEDICAL GROUP, INC., a corporation; ROY HONG, M.D., aka ROY W. HONG, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 18-CV-02067-LHK<br><br>**DEFENDANTS' LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Hon. Lucy H. Koh |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Sutter Bay Hospitals (member of obligated group that includes Defendants);
- Sutter Coast Hospital (member of obligated group that includes Defendants);
- Sutter Valley Hospitals (member of obligated group that includes Defendants);
- Sutter Valley Medical Foundation (member of obligated group that includes Defendants); and
- Sutter Visiting Nurse Association and Hospice (member of obligated group that includes Defendants).

DATED: February 12, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jason M. Ohta
Jason M. Ohta
Katherine A. Lauer

*Attorneys for Defendants Sutter Health, Sutter Bay Medical Foundation, and Palo Alto Medical Foundation*