| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Katherine A. Lauer (Bar No. 138010) |
| 2 | katherine.lauer@lw.com |
| | Jason M. Ohta (Bar No. 211107) |
| 3 | jason.ohta@lw.com |
| | 12670 High Bluff Drive |
| 4 | San Diego, California 92130-2071 |
| | Telephone: +1.858.523.5400 |
| 5 | Facsimile: +1.858.523.5450 |

Attorneys for Defendants Sutter Health, Sutter Bay Medical Foundation and Palo Alto Medical Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA., *ex rel.* Judy Jones, an individual, | CASE NO. 18-CV-02067-LHK |
| Relator, | **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |
| v. | Hon. Lucy H. Koh |
| SUTTER HEALTH, a corporation; SUTTER BAY MEDICAL FOUNDATION, a corporation; PALO ALTO MEDICAL FOUNDATION, a corporation, PALO ALTO FOUNDATION MEDICAL GROUP, INC., a corporation; ROY HONG, M.D., aka ROY W. HONG, an individual; and DOES 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants disclose the following:

- Defendant Sutter Health is a California nonprofit public benefit corporation. Sutter Health is the parent corporation of various affiliated entities. Sutter Health does not have a parent corporation. No publicly held corporation owns more than 10% of Sutter Health's stock.

- Defendant Sutter Bay Medical Foundation is a California nonprofit public benefit corporation. Sutter Health is the parent corporation of Sutter Bay Medical Foundation. No publicly held corporation owns more than 10% of Sutter Bay Medical Foundation's stock.

- Defendant Palo Alto Medical Foundation for Health Care, Research and Education (dba Palo Alto Medical Foundation) is a California nonprofit public benefit corporation. Sutter Health is the parent corporation of Palo Alto Medical Foundation. No publicly held corporation owns more than 10% of Palo Alto Medical Foundation's stock.

DATED: February 12, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jason M. Ohta
Jason M. Ohta
Katherine A. Lauer

*Attorneys for Defendants Sutter Health, Sutter Bay Medical Foundation, and Palo Alto Medical Foundation*