Scott J. Kiepen (State Bar No. 175504)
Katrina A. Pagonis (State Bar No. CA 262890)
**HOOPER LUNDY & BOOKMAN, P.C.**
101 Montgomery Street, 11th Floor
San Francisco, CA 94104
Telephone: (415) 875-8500
Facsimile: (415) 986-2157
Email: SKiepen@health-law.com
Email: KPagonis@health-law.com

Joseph R. LaMagna (State Bar No. CA 246850)
**HOOPER LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, CA 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987
Email: JLamagna@health-law.com

Attorneys for Defendants Roy Hong, M.D.
aka Roy W. Hong and Palo Alto Foundation
Medical Group, Inc., a corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex. rel.* Judy Jones, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SUTTER HEALTH, a corporation; SUTTER BAY MEDICAL FOUNDATION, a corporation; PALO ALTO MEDICAL FOUNDATION, a corporation, PALO ALTO FOUNDATION MEDICAL GROUP, INC., a corporation; ROY HONG, M.D., aka ROY W. HONG, and individual; and DOES 1-10,<br><br>Defendants. | Case No. 18-CV-02067-LHK<br><br>(*Assigned to The Honorable Lucy H. Koh*)<br><br>**NOTICE OF DEFENDANTS' OBJECTION TO PLAINTIFF JUDY JONES' FILING OF ECF 79**<br><br>**(LOCAL RULE 3-4(c))**<br><br>Date: October 29, 2020<br>Time: 1:30 p.m.<br>Crtrm: 8<br>Judge: Lucy H. Koh<br><br>First Amended Comp. Filed: October 19, 2018<br>Trial Date: Not Set |

1   Notice is hereby given that **DEFENDANTS ROY HONG, M.D. aka ROY W. HONG**
2   **AND PALO ALTO FOUNDATION MEDICAL GROUP, INC.'S** objects to **PLAINTIFF**
3   **JUDY JONES'** filing of ECF No. 79 (entitled "Opposition to Defendants' Motion to Dismiss
4   (ECF 72)") for violation of Local Rule 3-4(c). Relator's Opposition (ECF No. 79) contains in
5   excess of 28 lines per page.

7   Date: August 26, 2020                    Respectfully submitted,

8                                             HOOPER, LUNDY & BOOKMAN, P.C.

9                                             By:  _/s/ Scott Kiepen_
10                                                 SCOTT KIEPEN
                                              Attorneys for Defendants Roy Hong, M.D.
11                                            aka Roy W. Hong; Palo Alto Foundation Medical
                                              Group, Inc., a corporation