LATHAM & WATKINS LLP
Katherine A. Lauer (Bar No. 138010)
*katherine.lauer@lw.com*
Jason M. Ohta (Bar No. 211107)
*jason.ohta@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

*Attorneys for Defendants Sutter Health, Sutter Bay Medical Foundation, and Palo Alto Medical Foundation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

UNITED STATES OF AMERICA and THE STATE OF CALIFORNIA, *ex rel.* Judy Jones, an individual,

Plaintiffs,

v.

SUTTER HEALTH, a corporation; SUTTER BAY MEDICAL FOUNDATION, a corporation; PALO ALTO MEDICAL FOUNDATION, a corporation; PALO ALTO FOUNDATION MEDICAL GROUP, INC., a corporation; ROY HONG, M.D., aka ROY W. HONG, an individual; and DOES 1-10,

Defendants.

CASE NO. 5:18-cv-02067-LHK

**DEFENDANTS SUTTER HEALTH, SUTTER BAY MEDICAL FOUNDATION, AND PALO ALTO MEDICAL FOUNDATION'S JOINDER IN DEFENDANTS ROY HONG, M.D. aka ROY W. HONG AND PALO ALTO FOUNDATION MEDICAL GROUP, INC.'S OPPOSITION TO RELATOR'S MOTION TO FILE UNDER SEAL AND IN CAMERA**

Hon. Lucy H. Koh

Defendants Sutter Health, Sutter Bay Medical Foundation and Palo Alto Medical Foundation ("Sutter Defendants") join in Co-Defendants Roy Hong, M.D. aka Roy W. Hong and Palo Alto Foundation Medical Group, Inc.'s Opposition to Relator's Motion for Leave of Court to File Under Seal and In Camera (ECF No. 110).

Dated: April 30, 2021

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jason M. Ohta*
    Katherine A. Lauer
    Jason M. Ohta

*Attorneys for Defendants Sutter Health, Sutter Bay Medical Foundation, and Palo Alto Medical Foundation*