STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6925
    FAX: (415) 436-6748
    Sara.winslow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* JUDY JONES and STATE OF CALIFORNIA *ex rel.* JUDY JONES,<br><br>    Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, *et al.*,<br><br>    Defendants. | Case No. 18-cv-02067-LHK<br><br>**UNITED STATES' STATEMENT OF INTEREST REGARDING RELATOR'S MOTION TO FILE UNDER SEAL AND IN CAMERA** |

    The United States has declined to intervene in this False Claims Act (FCA)[1] *qui tam* case, and is therefore not a party to this action. Nevertheless, the United States remains the real party in interest in the federal FCA claim, entitled to share in any recovery that may be obtained. 31 U.S.C. § 3730(d); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 720 (9th Cir. 1994). In addition, because the FCA is the United States' primary civil tool for prosecuting fraud against the government, the United States has a substantial interest in the development of the law in this area.

    In her Motion for Leave of Court to File Under Seal and In Camera (ECF 108), Relator includes a section entitled "Government's Position." *See* ECF 108 at p.8 of 15. However, Relator neither sought nor obtained the United States' position regarding her motion. In fact, the United States takes no position on Relator's Motion to File Under Seal, or her use of a pseudonym in this case. Moreover, the

---

[1] 31 U.S.C. §§ 3729-33.

U.S. STATEMENT OF INTEREST
18-CV-2067-LHK

United States disagrees with Relator's assertion that the United States is the Plaintiff in this case. As noted above, the United States has declined to intervene in this case and is not a party to the action, although it is the real party in interest in the federal FCA claim.

DATED: May 12, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*s/ Sara Winslow*
SARA WINSLOW
Assistant United States Attorney
Attorneys for the United States of America