UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 10 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS


| | |
|---|---|
| JUDY JONES, Relator; ex rel. United States of America and State of California, | No. 21-16556 |
| Plaintiff-Appellant, | D.C. No. 5:18-cv-02067-LHK<br>Northern District of California, San Jose |
| v. | ORDER |
| SUTTER HEALTH, a corporation; et al., | |
| Defendants-Appellees, | |
| and | |
| UNITED STATES OF AMERICA; STATE OF CALIFORNIA, | |
| Real-party-in-interest. | |

Appellant's motion for voluntary dismissal (Docket Entry No. 5) of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.

SH/MOATT

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7